AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Delaware__

Andrew Massarelli & Michelle Massarelli

**SUMMONS IN A CIVIL CASE**

V.

United States of America

CASE NUMBER: 05-266 KAJ

TO: (Name and address of Defendant)

The Honorable Colm F. Connolly
U.S. Attorney's Office / District of Delaware
1007 Orange St., Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William F. Jaworski, Jr., Esquire
1274 S. Governors Ave.
Dover, DE 19904

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Peter T. Dalleo

MAY 10 2005

CLERK

DATE

_Evette Watson_

(By) DEPUTY CLERK