AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  8-8-05 |
| NAME OF SERVER (PRINT)  William F Jaworski JR | TITLE  attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail - #7004-0750-0002-6494-7564
mailed 8-4-05   received by: Melissa Harrison 8-8-05

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/26/05 _____
    Date    Signature of Server

William Jaworski, LLC
1274 S. Governors Ave.
Dover, DE 19904

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | 1.06 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.4 |

Postmark Here — DOVER, DE 19901 — AUG 4 2005

Sent To: The Honorable Colm F Connolly
Street, Apt. No.; or PO Box No.: 1007 Oranges St Suite 700
City, State, ZIP+4: Wilmington, DE 19899

PS Form 3800, June 2002  See Reverse for Instructions

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X _(signed)_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Melissa Harrison
6. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 0750 0002 6494 7564

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

Items 1, 2, and 3. Also complete
Restricted Delivery is desired.
...name and address on the reverse
...can return the card to you.
...card to the back of the mailpiece,
...nt if space permits.

...sed to:
The Honorable Colm F Connolly
US Attorney's Office/Dist Del
1007 Orange St, Suite 700
PO Box 2046
Wilmington, DE 19899-2046

(1) As to who may serve a summons see Rule 4 of the _____