AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

Andrew Massarelli & Michelle Massarelli

V.

United States of America

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-266 KAJ

TO: (Name and address of Defendant)

    The Honorable Alberto Gonzalez
    U.S. Department of Justice
    950 Pennsylvania Avenue, N.W.
    Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    William F. Jaworski, Jr., Esquire
    1274 S. Governors Ave.
    Dover, DE 19904

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Peter T. Dalleo                                            MAY 19 2005
CLERK                                                                                  DATE

*Evette Watson*
(By) DEPUTY CLERK