AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

Andrew Massarelli & Michelle Massarelli

V.

United States of America

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-266 KAJ

TO: (Name and address of Defendant)
The Honorable Norman Mineta
U.S. Department of Transportation
400 7th Street, S.W.
Washington, DC 20590

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William F. Jaworski, Jr., Esquire
1274 S. Governors Ave.
Dover, DE 19904

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Peter T. Dalleo            MAY 10 2005

CLERK            DATE

*Evette Watson*
(By) DEPUTY CLERK