

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 0750 0002 6494 7571**
Status: **Delivered**

Your item was delivered at 8:00 am on August 10, 2005 in WASHINGTON, DC 20590.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )



POSTAL INSPECTORS      site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                     Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy