AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  8-10-05 |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): certified mail #7004 0750 0002 6494 7571
   mailed 8-2-05  recieved by A. Ingram 8-10-05

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/26/05    _[signature]_
                         Signature of Server

William Jaworski, LLC
1274 S. Governors Ave.
Dover, DE 19904

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark: DOVER DE 19901 AUG 2 2005

7004 0750 0002 6494 7571

Sent To: The Honorable Norman Mineta / US Dept Trans
Street, Apt. No.; or PO Box No.: 400 7th St. S.W.
City, State, ZIP+4: Washington DC 20590

PS Form 3800, June 2002    See Reverse for Instructions

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X _[signature] Ingram_   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  A Ingram     C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

The Honorable Norman Mineta
US Dept of Transportation
400 7th St. S.W.
Washington, DC 20590

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

(1) As to who may serve a summons see Rule 4.

2. Article Number (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540