IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREW MASSARELLI & MICHELLE MASSARELLI, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No. 05-266-KAJ |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO DISMISS COUNT V
## CLAIM OF PLAINTIFF MICHELLE MASSARELLI

Defendant, the United States, through undersigned counsel, respectfully moves, pursuant to Fed. R. Civ. P. 12(b)(1) & (6), to dismiss Count V of Plaintiffs' Complaint, Claim of Plaintiff Michelle Massarelli for loss of consortium. In support of this motion, the Court is respectfully referred to the accompanying brief. A proposed Order consistent with this motion is attached hereto.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/Seth M. Beausang
Seth M. Beausang
Assistant United States Attorney
Delaware Bar I.D. No. 4071
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Seth.Beausang@usdoj.gov

Dated: October 7, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW MASSARELLI & MICHELLE MASSARELLI,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | :<br>:<br>:<br>:<br>:  Civil Action No. 05-266-KAJ<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, upon consideration of the United States' Motion to Dismiss Count V Claim of Plaintiff Michelle Massarelli, and all papers filed in support thereof and opposition thereto, it is hereby ORDERED that the United States' Motion to Dismiss is GRANTED.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify that on **October 7, 2005**, I electronically filed a **MOTION TO DISMISS COUNT V CLAIM OF PLAINTIFF MICHELLE MASSARELLI** with the Clerk of Court using CM/ECF which will send electronic notification of such filing to the following:

**William Francis Jaworski, Jr.**
The Law Office of William F. Jaworski, LLC
1274 S. Governors Ave.
Dover, DE 19904
(302) 730-8511
Fax: (302) 730-8510
wjaworski@wfjlaw.com

                                    COLM F. CONNOLLY
                                    United States Attorney

                       By:  /s/Seth M. Beausang
                            Seth M. Beausang
                            Assistant United States Attorney
                            Delaware Bar I.D. No. 4071
                            The Nemours Building
                            1007 Orange Street, Suite 700
                            P. O. Box 2046
                            Wilmington, DE 19899-2046
                            (302) 573-6277
                            Seth.Beausang@usdoj.gov