## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

October 11, 2005

William F. Jaworski, Jr., Esq.
1274 S. Governors Avenue
Dover, DE  19904

Mr. Jeffrey McCarthy
860 Buttner Place
Dover, DE 19904

Seth M. Beausang, Esq.
Asst. United States Attorney
1007 Orange Street - #700
Wilmington, DE  19801

Re:  Andrew Massarelli, et al. v. USA v. Budget Rent a Car, et al.
     Civil Action No. 05-266-KAJ

Dear Counsel and Mr. McCarthy:

    I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

*/s/ Kent A. Jordan*

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court