

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

| | |
|---|---|
| 1007 N.Orange Street, Suite 700 | (302) 573-6277 |
| P.O. Box 2046 | FAX (302) 573-6220 |
| Wilmington, Delaware 19899-2046 | TTY (302) 573- 6274 |
| | Toll Free (888) 293-8162 |

October 17, 2005

VIA E-FILING

The Honorable Kent A. Jordan
Lockbox 10
844 King Street
U.S. Courthouse
Wilmington, DE 19801

    Re:    Massarelli v. United States, et al. (D. Del. 05-266-KAJ)

Dear Judge Jordan:

    Enclosed please find a Joint Stipulation and Proposed Order for your consideration. Plaintiffs Andrew Massarelli and Michelle Massarelli and the United States agree that it would promote judicial efficiency and avoid potential duplicative efforts by the parties to temporarily stay this action and allow time for the recently named Third Party Defendants – Budget Rent A Car Corporation and Jeffrey McCarthy – to appear in this action and participate in discussions concerning proposed dates for the Court's Scheduling Order.

    We are available at the call of the Court to discuss any questions or concerns the Court might have.

    Respectfully,

    COLM F. CONNOLLY
    United States Attorney


By:   /s/ Seth M. Beausang
    Seth M. Beausang (I.D. No. 4071)
    Assistant United States Attorney

Encls.
cc:    William F. Jaworski, Jr., Esq. (I.D. No. 3103) (By e-filing)
    Karen Sclafani, Esq. (By First Class Mail)
    Jeffrey McCarthy (By First Class Mail)