## Waiver of Service of Summons

TO: Seth M. Beausang, Assistant United States Attorney

I acknowledge receipt of your request that I waive service of a summons in the action of Massarelli v. United States, et al., which is case number 05-266-KAJ in the United States District Court for the District of Delaware. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me. I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4. I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons. I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after October 7, 2005.

_10/26/05_
Date

_James J. Woods Jr._ (signature)
Signature

_James J. Woods, Jr._
Printed/typed name

Attorney for Budget Rent A Car Corp.

RECEIVED
OCT 18 2005
LIABILITY

## CERTIFICATE OF SERVICE

I hereby certify that on **October 26, 2005**, I electronically filed a **WAIVER OF SERVICE OF SUMMONS** with the Clerk of Court using CM/ECF which will send electronic notification of such filing to the following:

**William Francis Jaworski, Jr., Esquire**
The Law Office of William F. Jaworski, LLC
1274 S. Governors Ave.
Dover, DE 19904
(302) 730-8511
Fax: (302) 730-8510
wjaworski@wfjlaw.com

Notification of filing will be served by First Class Mail on the following:

**Jeffrey McCarthy,** *Pro Se*
860 Buttner Place
Dover, DE 19904

**James L. Woods, Jr., P.A.**
P.O. Box 4635
Greenville, DE 19807
(302) 235-5770 (Telephone & FAX)
WoodsLaw@aol.com

COLM F. CONNOLLY
United States Attorney

By:  /s/Seth M. Beausang
       Seth M. Beausang
       Assistant United States Attorney
       Delaware Bar I.D. No. 4071
       The Nemours Building
       1007 Orange Street, Suite 700
       P. O. Box 2046
       Wilmington, DE 19899-2046
       (302) 573-6277
       Seth.Beausang@usdoj.gov