IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREW MASSARELLI<br>and MICHELLE MASSARELLI,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant-Third<br>    Party Plaintiff,<br><br>  v.<br><br>BUDGET RENT A CAR<br>CORPORATION and<br>JEFFREY McCARTHY,<br><br>    Third Party<br>    Defendants. | * * * * * * * * * * * * * * * * * * * | C.A. No. 05-266-KAJ<br><br><br><br><br><br><br><br><br>**ENTRY OF APPEARANCE** |

PLEASE ENTER my appearance as attorney for Third Party Defendant, Jeffrey McCarthy.

                                     SCHMITTINGER & RODRIGUEZ, P.A.
                                     BY: _____
                                       WILLIAM W. PEPPER SR., ESQUIRE
                                       Bar I.D. #2400
                                       414 S. State Street
                                       P.O. Box 497
                                       Dover, DE  19903
                                       (302) 674-0140
                                       Attorney for Third Party
                                          Defendant

DATED: 12/2/2005
WWP:pmw