CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

**ENTRY OF APPEARANCE**

to be served upon:   SETH M. BEAUSANG, ESQUIRE
United States Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE   19801

WILLIAM F. JAWORSKI JR.
1274 S. Governors Avenue
Dover, DE   19904

JAMES L. WOODS JR., ESQUIRE
P.O. Box 4635
Greenville, DE   19807

by mailing copies to them at their addresses listed above, postage prepaid, on ____12.2_____, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM W. PEPPER SR., ESQUIRE
Bar I.D. #2400
414 S. State Street
P.O. Box 497
Dover, DE   19903
(302) 674-0140

DATED: 12.2.2005
WWP:pmw