IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREW MASSARELLI<br>and MICHELLE MASSARELLI,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant-Third<br>    Party Plaintiff,<br><br>v.<br><br>BUDGET RENT A CAR<br>CORPORATION and<br>JEFFREY McCARTHY,<br><br>    Third Party<br>    Defendants. | * * * * * * * * * * * * * * * * * * * | C.A. No. 05-266-KAJ<br><br><br><br><br><br><br><br><br><br><u>**ANSWER OF JEFFREY McCARTHY**</u> |

COMES NOW the Third Party Defendant, Jeffrey McCarthy (hereinafter referred to as McCarthy), by and through his attorney, and responds to the Third Party Complaint as follows:

**FIRST DEFENSE**

1. Admitted upon information and belief.

2. No response required.

<u>**COUNT I**</u>

**(Indemnification Against Budget Rent A Car Corporation)**

2.(sic) No response required from this defendant.

<u>**COUNT II**</u>

**(Contribution against Jeffrey McCarthy)**

3. Admitted.

4. Denied as stated. McCarthy was operating a truck which

was pulling a trailer. McCarthy signaled a right turn with his turn signal. McCarthy moved somewhat to the left in order to make a turn into an alley. Phillip Nguyen drove his vehicle into McCarthy's vehicle.

5. Denied.

6. Admitted that the plaintiffs claim to have suffered damages.

7. Denied. McCarthy cannot be a joint tortfeasor because any claim by plaintiff against McCarthy is barred by the doctrine of injury by fellow servant as both McCarthy and Masserelli were employees of the City of Dover at the time of the collision.

### SECOND DEFENSE

The third party complaint fails to state a claim upon which relief may be granted.

WHEREFORE, Third Party Defendant demands judgment against the United States for costs and such other and further relief as the Court deems fair and just.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William W. Pepper Sr.
WILLIAM W. PEPPER SR., ESQUIRE
Bar I.D. #2400
414 S. State Street
P.O. Box 497
Dover, DE   19903
(302) 674-0140
Attorney for Third Party
  Defendant

DATED: 12-16-2005
WWP:pmw