IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW MASSARELLI & MICHELLE MASSARELLI, | : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 05-266-KAJ : |
| UNITED STATES OF AMERICA, | : : |
| Defendant and Third-Party Plaintiff, | : : : |
| v. | : : : |
| BUDGET RENT A CAR CORPORATION and JEFFREY McCARTHY, | : : : : |
| Third Party Defendants. | : |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Third-Party Plaintiff United States of America hereby dismisses its Third-Party Complaint against Third-Party Defendant Budget Rent A Car Corporation (Doc. No. 8). The United States of America's Third-Party Complaint against Third-Party Defendant Jeffrey McCarthy (Doc. No. 8) is not affected by this Notice of Dismissal and remains in force.

DATED: April 17, 2006.

                            Respectfully Submitted,

                            COLM F. CONNOLLY
                            United States Attorney

By: /s/ Seth M. Beausang
    Seth M. Beausang (I.D. No. 4071)
    Assistant United States Attorney
    The Nemours Building
    1007 Orange Street, Suit 700
    P.O. Box 2046
    Wilmington, DE 19799-2046
    (302) 573-6277
    Seth.Beausang@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREW MASSARELLI & MICHELLE MASSARELLI, | : : : | |
| Plaintiffs, | : : | |
| | : | Civil Action No. 05-266-KAJ |
| v. | : : | |
| UNITED STATES OF AMERICA, | : : | |
| Defendant and Third-Party Plaintiff, | : : : | |
| v. | : : | |
| BUDGET RENT A CAR CORPORATION and JEFFREY McCARTHY, | : : : : | |
| Third Party Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Seth M. Beausang, hereby attest under penalty of perjury that on this 17th day of April, 2006, I caused a copy of the United States' Notice of Dismissal to be served on the following counsel in the manner indicated:

By E-File:

William W. Pepper
Schmittinger & Rodriguez, P.A.
414 S State St.
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Email: wpepper@schmittrod.com

Counsel for Jeffrey McCarthy

William Francis Jaworski, Jr.
The Law Office of William F. Jaworski, LLC
1274 S. Governors Ave.
Dover, DE 19904
(302) 730-8511
Fax: (302) 730-8510
Email: wjaworski@wfjlaw.com

Counsel for Plaintiffs

By First Class Mail at the following address:

James J. Woods, Jr.
James J. Woods, Jr., P.A.
P. O. Box 4635
Greenville, DE 19807
302-235-5770 phone/fax
302-893-7585 cell
woodslawde@aol.com

Counsel for Budget Rent A Car Corporation

                                           /s/ Seth M. Beausang
                                        Seth M. Beausang (DE I.D. No. 4071)