# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

April 18, 2006

William F. Jaworski, Jr., Esq.
1274 S. Governors Avenue
Dover, DE 19904

William W. Pepper, Sr., Esq.
Schmittinger & Rodriguez, P.A.
P.O. Box 497
Dover, DE 19903

Seth M. Beausang, Esq.
Asst. United States Attorney
1007 Orange Street - #700
Wilmington, DE 19801

Re: Andrew Massarelli, et al. v. USA v. Jeffrey McCarthy
Civil Action No. 05-266-KAJ

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order. Counsel shall file their proposed Scheduling Order with the court three (3) business days prior to the Rule 16 teleconference.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc: Clerk of the Court