IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW MASSARELLI and MICHELLE MASSARELLI, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 05-266-KAJ |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant and Third-Party Plaintiff, | ) ) ) |
| v. | ) ) ) |
| JEFFREY McCARTHY, | ) ) |
| Third-Party Defendant. | ) ) |

### ORDER

At Wilmington, this 17th day of May, 2006,

Defendant, the United States filed a motion to dismiss Count V of plaintiffs' complaint (D.I. 5), and there being no opposition to the motion,

IT IS HEREBY ORDERED that the motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE