IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW MASSARELLI & MICHELLE MASSARELLI, | : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 05-266-KAJ : : |
| UNITED STATES OF AMERICA, Defendant and Third-Party Plaintiff, | : : : |
| v. | : |
| JEFFREY McCARTHY, Third Party Defendant. | : : |

ENTRY OF APPEARANCE

James J. Woods, Jr., Esq. hereby enters his appearance on behalf of the defendant and third-party plaintiff, the United States of America

JAMES J. WOODS, JR., P.A.

Date:  May 22, 2006                By__/s/_____
                                   James J. Woods, Jr. (#2035)
                                   P. O. Box 4635
                                   Greenville, DE 19807
                                   302-235-5770


                                   OF COUNSEL:
                                   Seth M. Beausang (#  4071)
                                   Assistant United States Attorney
                                   The Nemours Building
                                   1007 Orange Street, Suit 700
                                   P.O. Box 2046
                                   Wilmington, DE 19799-2046
                                   (302) 573-6277

**CERTIFICATE OF SERVICE**

I, James J. Woods, Jr., hereby certify that on this 22nd day of May, 2006, I served a copy of the attached Entry of Appearance on each of the following counsel by E-filing:

William W. Pepper
Schmittinger & Rodriguez, P.A.
414 S State St.
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Counsel for Jeffrey McCarthy

William Francis Jaworski, Jr.
The Law Office of William F. Jaworski, LLC
1274 S. Governors Ave.
Dover, DE 19904
(302) 730-8511
Fax: (302) 730-8510
Counsel for Plaintiffs

Seth M. Beausang
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19799-2046
(302) 573-6277
Of Counsel for United States

                                                    _____/s/_____
                                                        James J. Woods, Jr.