IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREW MASSARELLI<br>and MICHELLE MASSARELLI,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant-Third<br>    Party Plaintiff,<br><br>v.<br><br>JEFFREY McCARTHY,<br><br>    Third Party<br>    Defendant. | * * * * * * * * * * * * * * * * * | C.A. No. 05-266-KAJ<br><br><br><br>CERTIFICATE OF SERVICE |

I hereby certify that I have caused a copy of the Initial Disclosures Pursuant To Fed. R. Civ. Pro. 26 (A)(1) Of Third Party Defendant Jeffrey McCarthy to be served upon:

>   WILLIAM F. JAWORSKI JR.
>   1274 S. Governors Avenue
>   Dover, DE   19904
>
>   JAMES L. WOODS JR., ESQUIRE
>   P.O. Box 4635
>   Greenville, DE   19807

by mailing copies to them at their addresses listed above, postage prepaid, on September 27, 2006.

>   SCHMITTINGER & RODRIGUEZ, P.A.
>
>   BY: /s/ William W. Pepper Sr.
>       WILLIAM W. PEPPER SR., ESQUIRE
>       Bar I.D. #2400
>       414 S. State Street
>       P.O. Box 497
>       Dover, DE   19903
> DATED: September 27, 2006    (302) 674-0140