IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREW MASSARELLI<br>and MICHELLE MASSARELLI, | * * * | C.A. No. 05-266-KAJ |
| Plaintiffs, | * * | |
| v. | * * | CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | * * | |
| Defendant-Third<br>Party Plaintiff, | * * * | |
| v. | * * | |
| JEFFREY McCARTHY, | * * | |
| Third Party<br>Defendant. | * * | |

I hereby certify that I have caused a copy of the First Set of Interrogatories Directed to Third Party Plantiff by Third Party Defendant Jeffrey McCarthy to be served upon:

>WILLIAM F. JAWORSKI JR.
>1274 S. Governors Avenue
>Dover, DE   19904
>
>JAMES L. WOODS JR., ESQUIRE
>P.O. Box 4635
>Greenville, DE   19807

by mailing copies to them at their addresses listed above, postage prepaid, on September 27, 2006.

>SCHMITTINGER & RODRIGUEZ, P.A.
>
>BY: /s/ William W. Pepper Sr.
>   WILLIAM W. PEPPER SR., ESQUIRE
>   Bar I.D. #2400
>   414 S. State Street
>   P.O. Box 497
>   Dover, DE   19903
>   (302) 674-0140

DATED: September 27, 2006