IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREW MASSARELLI<br>and MICHELLE MASSARELLI,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant-Third<br>      Party Plaintiff,<br><br>  v.<br><br>JEFFREY McCARTHY,<br><br>      Third Party<br>      Defendant. | * * * * * * * * * * * * * * * * * * | C.A. No. 05-266-KAJ<br><br><br><br><br>CERTIFICATE OF SERVICE |

I hereby certify that I have caused a copy of the First Request for Documents Directed to Third Party Plantiff by Third Party Defendant Jeffrey McCarthy to be served upon:

      WILLIAM F. JAWORSKI JR.
      1274 S. Governors Avenue
      Dover, DE   19904

      JAMES L. WOODS JR., ESQUIRE
      P.O. Box 4635
      Greenville, DE   19807

by mailing copies to them at their addresses listed above, postage prepaid, on September 27, 2006.

                      SCHMITTINGER & RODRIGUEZ, P.A.

                      BY: /s/ William W. Pepper Sr.
                          WILLIAM W. PEPPER SR., ESQUIRE
                          Bar I.D. #2400
                          414 S. State Street
                          P.O. Box 497
                          Dover, DE   19903
DATED: September 27, 2006        (302) 674-0140