THE LAW OFFICE OF
# WILLIAM F. JAWORSKI, L.L.C.
1274 S. GOVERNORS AVENUE
DOVER, DELAWARE 19904
Phone: (302)730-8511
Facsimile: (302)730-8510

The Honorable Kent A. Jordan                                   sent via electronic filing only
District Court of Delaware
844 North King Street
Wilmington, DE 19899

RE: Massarelli vs. USA et al
    Case Number: 1:05-cv-00266-KAJ

Dear Judge Jordan:

    This letter will serve as a status update regarding the above-referenced matter. Counsel for Defendant United Sates, James Woods, Esquire has requested medical authorizations, a list of Plaintiff's treating doctors and a formal settlement demand from Plaintiff. Counsel for Defendant Jeffery McCarthy, has requested a response to discovery from the Defendant United States and has also requested a formal settlement demand.

    Plaintiff is in the process of serving discovery on the defendants and will be obtaining dates in November for the depositions of the defendants. A formal settlement demand should be submitted to the defendant's no later than October 15, 2006.

    Thank you.

                                    Respectfully submitted,

                                    /s/ William F. Jaworski Jr.

                                    William F. Jaworski Jr.
                                    Attorney for Plaintiffs

Cc: James Woods, Esquire (via email only)
    William Pepper, Esquire (via email only)