IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREW MASSARELLI & MICHELLE MASSARELLI | : | |
| | : | C.A. No.: 05-266 KAJ |
| Plaintiffs, | : | |
| | : | BENCH TRIAL |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
|     Defendant and | : | |
|     Third-Party Plaintiff, | | |
| v. | | |
| JEFFREY MCCARTHY, | | |
|     Third Party Defendant. | | |

## NOTICE OF SERVICE

I, William F. Jaworski, Jr., Esquire, hereby certify that on this 11th day of October, 2006, I caused two (2) copies of the foregoing Plaintiffs' Interrogatories Directed to Defendant and Plaintiffs' Request for Production Directed to Defendant, to be mailed, via first-class, postage prepaid, to the following:

William W. Pepper, Esquire
Schmittinger & Rodriguez
414 S. State Street
P.O. Box 497
Dover, DE 19903

James J. Woods, Jr., Esquire
Sullivan & Woods
5305 Limestone Road
Suite 200
Wilmington, DE 19808

                                         THE LAW OFFICE OF
                                         WILLIAM F. JAWORSKI, LLC

                                         BY:   /s/William F. Jaworski, Jr.
                                              WILLIAM F. JAWORSKI, JR., ESQUIRE
                                              1274 S. Governors Ave.
                                              Dover, Delaware 19904
                                              (302) 730-8511
                                              Attorney for Plaintiffs

DATE: 10/11/06