IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW MASSARELLI & MICHELLE MASSARELLI, : : : | |
| Plaintiffs, : : | |
| v. : | Civil Action No. 05-266-*** |
| : : | |
| UNITED STATES OF AMERICA, : : | |
| Defendant and Third-Party Plaintiff, : : : | |
| v. : : | |
| JEFFREY MCCARTHY, : : | |
| Third-Party Defendant. : | |

### ORDER

At Wilmington this **23rd** day of **January, 2007**,

IT IS ORDERED that a status teleconference has been scheduled for **Tuesday, January 30, 2007 at 12:30 p.m.** with Judge Thynge. **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE

Case 1:05-cv-00266-JJF-MPT    Document 35    Filed 01/23/2007    Page 2 of 2