## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW MASSARELLI & MICHELLE MASSARELLI, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-266-*** |
| UNITED STATES OF AMERICA, | : |
| Defendant and Third-Party Plaintiff, | : |
| v. | : |
| JEFFREY MCCARTHY, | : |
| Third-Party Defendant. | : |

### ORDER

At Wilmington this **31st** day of **January, 2007**,

IT IS ORDERED that the transcript of the teleconference of January 30, 2007 shall serve as an Order of the Court in this matter.

IT IS FURTHER ORDERED that the pretrial due date, pretrial and trial dates are canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE