IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW MASSARELLI & MICHELLE MASSARELLI | : |
| | : C.A. No.: 05-266 KAJ |
| Plaintiffs, | : |
| | : <u>BENCH TRIAL</u> |
| v. | : |
| UNITED STATES OF AMERICA | : |
| Defendant and Third-Party Plaintiff, | : |
| v. | |
| JEFFREY MCCARTHY, | |
| Third Party Defendant. | |

PLEASE TAKE NOTICE that Counsel for Plaintiffs will take the oral deposition of the following individuals on March 13, 2007, in the offices of William F. Jaworski Jr., 1274 S. Governors Ave., Dover, DE 19904:

9:00am     Jeffrey McCarthy

10:00am    Phillip Nguyen

Counsel for Defendants will take the oral deposition of the following individuals on the above date:

11:00am   Andrew Massarelli

                          THE LAW OFFICE OF
                          WILLIAM F. JAWORSKI, L.L.C.

                          /s/ William F. Jaworski Jr. (3103)
        BY:_____
                          WILLIAM F. JAWORSKI, JR., (ID #3103)
                          1274 S. Governors Ave.
                          Dover, Delaware  19904
                          302-730-8511
                          Attorney for Plaintiff

DATED:
cc:     Corbett & Wilcox  (via e-mail info@corbettreporting.com)