IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW MASSARELLI & MICHELLE MASSARELLI : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> UNITED STATES OF AMERICA : <br>    Defendant and : <br>    Third-Party Plaintiff, | C.A. No.: 05-266 KAJ <br><br> <u>BENCH TRIAL</u> |

v.

JEFFREY MCCARTHY,

   Third Party Defendant.

## CERTIFICATE OF SERVICE

I, WILLIAM F. JAWORSKI, JR., Esquire, hereby certify that on this 9th day of March, 2007, I caused to be mailed, via e-mail, a copy of the attached Notice of Deposition to the following:

| | |
|---|---|
| James Woods, Jr., Esquire <br> James J. Woods, Jr., P.A. <br> P.O. Box 4635 <br> Greenville, DE 19807 | William W. Pepper, Esquire <br> Schmittinger & Rodriguez <br> 414 S. State St. <br> P.O. Box 497 <br> Dover, DE 19903 |

                                      THE LAW OFFICE OF
                                      WILLIAM F. JAWORSKI, L.L.C.

                                      /s/ William F. Jaworski Jr. (3103)
                       BY:_____
                                      WILLIAM F. JAWORSKI, JR., (ID #3103)
                                      1274 S. Governors Ave.
                                      Dover, Delaware  19904
                                      302-730-8511
DATED: 3/7/07                Attorney for Plaintiff