IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREW MASSARELLI and MICHELLE MASSARELLI, | * * * | C.A. No. 05-266-XXX |
| Plaintiffs, | * * | |
| v. | * * | **NOTICE OF DEPOSITION** |
| UNITED STATES OF AMERICA, | * * | |
| Defendant-Third Party Plaintiff, | * * * | |
| v. | * * | |
| JEFFREY McCARTHY, | * * | |
| Third Party Defendant. | * * | |

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of Officer Jeffrey S. Welch on Tuesday, March 13, 2007, at 12 p.m. in the office of William F. Jaworski Jr., 1274 South Governors Avenue, Dover, Delaware.

    SCHMITTINGER & RODRIGUEZ, P.A.

    BY: /s/ William W. Pepper Sr.
        WILLIAM W. PEPPER SR., ESQUIRE
        Bar I.D. #2400
        414 S. State Street
        P.O. Box 497
        Dover, DE   19903
        (302) 674-0140
        Attorney for Third Party
          Defendant

DATED:
WWP:pmw

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREW MASSARELLI <br> and MICHELLE MASSARELLI, <br><br>     Plaintiffs, <br><br>   v. <br><br> UNITED STATES OF AMERICA, <br><br>     Defendant-Third <br>     Party Plaintiff, <br><br>   v. <br><br> JEFFREY McCARTHY, <br><br>     Third Party <br>     Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | C.A. No. 05-266-KAJ <br><br><br><br><br> CERTIFICATE OF SERVICE |

I hereby certify that I have caused a copy of the **NOTICE OF DEPOSITION** to be served upon:

> WILLIAM F. JAWORSKI JR.
> 1274 S. Governors Avenue
> Dover, DE   19904
>
> JAMES L. WOODS JR., ESQUIRE
> P.O. Box 4635
> Greenville, DE   19807

by mailing copies to them at their addresses listed above, postage prepaid, on March 9, 2007.

                                                  SCHMITTINGER & RODRIGUEZ, P.A.

                                                  BY: /s/ William W. Pepper Sr.
                                                         WILLIAM W. PEPPER SR., ESQUIRE
                                                         Bar I.D. #2400
                                                         414 S. State Street
                                                         P.O. Box 497
                                                          Dover, DE   19903
DATED:  March 9, 2007                            (302) 674-0140