IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREW MASSARELLI<br>and MICHELLE MASSARELLI, | * * * | C.A. No. 05-266-XXX |
| Plaintiffs, | * * | |
| v. | * * | **STIPULATION OF DISMISSAL<br>OF THIRD PARTY COMPLAINT** |
| UNITED STATES OF AMERICA, | * * | |
| Defendant-Third<br>Party Plaintiff, | * * * | |
| v. | * * | |
| JEFFREY McCARTHY, | * * | |
| Third Party<br>Defendant. | * * | |

**COME NOW** the parties hereto, by and through their attorneys and stipulate and agree that the third party complaint against Jeffrey McCarthy shall be dismissed with prejudice.

THE LAW OFFICE OF
WILLIAM JAWORSKI, LLC

_____
WILLIAM F. JAWORSKI, JR., ESQUIRE
Bar ID #3153
1274 S. Governors Avenue
Dover DE  19904
302.730.8511
Attorney for Plaintiffs
DATED: 3/13/07

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM W. PEPPER SR., ESQUIRE
Bar ID #2400
P.O. Box 497
Dover, DE  19903
302.674.0140
Attorney for Third Party Defendant
DATED: 7/13/07

JAMES J. WOODS, JR., P.A.

_____
JAMES J. WOODS, JR., ESQUIRE
Bar ID #2035
P.O. Box 4635
Greenville DE 19807
302.235.5770
Attorney for Defendant-Third
Party Plaintiff
DATED: 3/13/07