IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANDREW MASSARELLI          *     C.A. No. 05-266-***
and MICHELLE MASSARELLI,   *
                           *
        Plaintiffs,        *
                           *
    v.                     *     CERTIFICATE OF SERVICE
                           *
UNITED STATES OF AMERICA,  *
                           *
        Defendant-Third    *
        Party Plaintiff,   *
                           *
    v.                     *
                           *
JEFFREY McCARTHY,          *
                           *
        Third Party        *
        Defendant.         *

        I hereby certify that I have caused a copy of the **STIPULATION**

**OF DISMISSAL OF THIRD PARTY COMPLAINT** to be served upon:

                WILLIAM F. JAWORSKI JR.
                1274 S. Governors Avenue
                Dover, DE   19904

                JAMES L. WOODS JR., ESQUIRE
                P.O. Box 4635
                Greenville, DE   19807

by delivering copies to them on March 13, 2007.


                SCHMITTINGER & RODRIGUEZ, P.A.

                BY: /s/ William W. Pepper Sr.
                    WILLIAM W. PEPPER SR., ESQUIRE
                    Bar I.D. #2400
                    414 S. State Street
                    P.O. Box 497
                    Dover, DE   19903
DATED:  March 13, 2007         (302) 674-0140