IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW MASSARELLI,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | )<br>)<br>)   C. A. No. 05-266 KAJ<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

The parties, through their respective attorneys, hereby agree that this action shall be dismissed with prejudice, with each party bearing its own costs.

THE LAW OFFICE OF WILLIAM JAWORSKI, LLC

By _____
William F. Jaworski, Jr., Esq. (#3103)
1274 S. Governor's Ave.
Dover, DE 19904

Date: 5/8/07

JAMES J. WOODS, JR., P.A.

By _____
James J. Woods, Jr. (#2035)
P.O. Box 4635
Greenville, DE 19807